AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia   ☐

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>*Plaintiff* | )<br>) |
| v. | )   Case No.   4:22-cv-194-CDL |
| GEORGE IAKOVOU ET AL<br>*Defendant* | )<br>) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission                                                                              .

Date:      01/24/2023

*Attorney's signature*

Allison Rochford, DC Bar #1500090
*Printed name and bar number*
100 F St NE
Washington, DC 20549
USA

*Address*

Rochforda@sec.gov
*E-mail address*

(202) 551-3092
*Telephone number*

(703) 813-9314
*FAX number*